**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION** Plaintiff | |
| Vs. | **Case No. 98-610** |
| **TODD JOSEPH LASCOLA, CPI INVESTMENT MANAGEMENT, INC. and CPA ADVISORS NETWORK, INC.** Defendant | |

**MOTION TO REOPEN PROCEEDING**

Allan M. Shine, in his capacity as the Court-appointed Receiver of CPI Investment Management, Inc. ("CPI") and CPA Advisors Newtork, Inc. ("CPA") herein, hereby moves this Court to reopen this proceeding on the grounds that the Receiver has not been discharged from his duties and has in excess of $617,000 to distribute to creditors of CPI who have filed claims with the Receiver. In support hereof, the Receiver relies upon the accompanying Memorandum of Law.

WHEREFORE, the Receiver respectfully prays that this Court reopen this action as so that the Receiver may discharge his duties as Receiver to CPI's creditors, review and investigate claims that have been filed with the Receiver, distribute funds to creditors holding allowed claims against CPI, and file a Final Report with this Court.

**ALLAN M. SHINE, RECEIVER OF CPI INVESTMENT MANAGEMENT, INC.**

By his Attorney,

Diane Finkle

Diane Finkle, Esq.
State Bar No. 2644
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: 8/25/05

**CERTIFICATE OF SERVICE**

I certify that on August 25th, 2005, I served the Motion To Reopen Proceeding by first class mail to the following:

Kimberly M. Zimmer, Esq.
Senior Trial Counsel
J. Lauchlan Wash, Esq.
Senior Enforcement Counsel
Attorneys for Securities
and Exchange Commission
73 Tremont Street, Suite 600
Boston, MA 02108

Tom Tarro, Esq.
Summit East Suite 330
300 Centerville Road
Warwick, RI 02886

State of RI and
Providence Plantations
Department of Business
Regulation
Securities Division
233 Richmond Street, Suite 232
Providence, RI 02903

Matthew T. Oliverio, Esq.
55 Dorrance Street
Suite 400
Providence, RI 02903

James E. O'Neill, Esq.
Law Offices of James E. O'Neil
2358 South County Trail
East Greenwich, RI 02818

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Jay DuBow, Esq.
Wolf, Block, Schorr, &
Solis-Cohen, LLP
Packard Building
111 S. 15th Street, 12th Floor
Philadelphia, PA 19102

Sara Levesque

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION**<br>**Plaintiff**<br><br>**Vs.**<br><br>**TODD JOSEPH LASCOLA, CPI INVESTMENT MANAGEMENT, INC. and CPA ADVISORS NETWORK, INC.**<br>**Defendant** | ) | **Case No. 98-610** |

**MEMORANDUM OF LAW IN SUPPORT OF RECEIVER'S MOTION TO REOPEN PROCEEDING**

Movant was appointed Receiver of Defendants CPI Investment Management, Inc. ("CPI") and CPA Advisors Network, Inc. ("CPA"), upon Motion and request of the Securities and Exchange Commission ("SEC") which commenced this action against the Defendants alleging fraudulent conduct by the Defendants and numerous violations of the Securities and Exchange Act. In summary, the SEC charged that Defendants, including its controlling shareholder and principal Todd LaScola ("LaScola"), made improper and unauthorized investments of client funds and that LaScola embezzled client funds for his personal use. As this proceeding progressed, Defendant LaScola was found guilty of various criminal charges brought in connection with his operations of CPI and CPA and the embezzlement of client funds. He is currently incorcerated in a federal prison. After his appointment, the Receiver took custody and control of the business records of the Defendant corporations, and commenced

an investigation into the activities of the Defendants and LaScola. The Receiver gave notice of the receivership proceeding to all creditors of CPI and CPA known to the Receiver based on the books and records of the Defendant corporations and information provided to the Receiver by the SEC.

During the course of the Receiver's investigation, the Receiver also communicated at length with counsel for the Securities Investment Protection Corporation ("SIPC") and the SEC regarding this proceeding. Pursuant to various applicable federal statutes, SIPC, on behalf of investors, commenced an involuntary Chapter 7 Bankruptcy case against CPA. A Trustee in bankruptcy was appointed in that case who pursued collection of assets of CPA, and made disbursements to a number of customers of both CPA and CPI from the proceeds of the assets liquidated in that case. As result of the bankruptcy proceeding of CPA, the Receiver was precluded from pursuing actions against CPA to collect assets on behalf of creditors of CPI. (CPI's assets consisted of claims against CPA and LaScola).

The Receiver pursued an action against LaScola and obtained a judgment against him. LaScola has since filed a personal Chapter 7 Bankruptcy case. Additionally, acting in his fiduciary capacity, the Receiver filed the largest claim in the CPA bankruptcy case on behalf of all the creditors of CPI. As a result of this claim, the Receiver was ultimately the largest recipient of disbursements by

the CPA Trustee, and was paid approximately $617,000.00 from the CPA bankruptcy case.

While the Chapter 7 case of CPA was pending, and prior to the Trustee's distribution of funds to the Receiver, the SEC filed a Motion To Dismiss its claims against Defendants CPI and CPA and LaScola on the basis that the injunctive relief it had sought would be meaningless in view of the liquidating status of CPI and CPA. This Court entered an Order, a copy of which is annexed hereto, on June 30, 2000, granting the SEC's Motion to Dismiss its claims against CPI, CPA and LaScola. The Order entered by the Court did not, however, specifically close this case nor did the Order discharge the Receiver from his duties as Receiver with respect to the creditors of CPI and CPI's receivership estate.

For reasons unclear to the Receiver, the SEC did not provide notice to the Receiver of the Motion to Dismiss its claims, nor did it provide a copy of the Order of this Court granting the Motion. Accordingly, the Receiver was unaware of the SEC Motion and the possible impact of that Motion on the CPI receivership estate and its creditors. If the Receiver had been provided with notice, the Receiver would have filed a response with this Court to ensure continuation of the CPI receivership proceeding because of the pending substantial claim of the Receiver in the CPA bankruptcy case.

The Receiver seeks the entry of an Order in the form of the proposed Order annexed hereto, reopening this proceeding so that the Receiver may carry out his fiduciary duties, review claims filed by creditors of CPI and file with this Court, with notice to all CPI creditors, a Recommendation on Allowance of Claims and a Final Report providing for distribution of the funds in the CPI receivership estate to such creditors as authorized by this Court.

**ALLAN M. SHINE, RECEIVER OF CPI INVESTMENT MANAGEMENT, INC.**

By his Attorney,

Diane Finkle

Diane Finkle, Esq.
State Bar No. 2644
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated: 8/25/05

**CERTIFICATE OF SERVICE**

I certify that on August 25th, 2005, I served the Memorandum of Law in Support of Motion To Reopen Proceeding by first class mail to the following:

Kimberly M. Zimmer, Esq.
Senior Trial Counsel
J. Lauchlan Wash, Esq.
Senior Enforcement Counsel
Attorneys for Securities
and Exchange Commission
73 Tremont Street, Suite 600
Boston, MA 02108

Tom Tarro, Esq.
Summit East Suite 330
300 Centerville Road
Warwick, RI 02886

State of RI and
Providence Plantations
Department of Business
Regulation
Securities Division
233 Richmond Street, Suite 232
Providence, RI 02903

Matthew T. Oliverio, Esq.
55 Dorrance Street
Suite 400
Providence, RI 02903

James E. O'Neill, Esq.
Law Offices of James E. O'Neil
2358 South County Trail
East Greenwich, RI 02818

Edward J. Bertozzi, Jr., Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Jay DuBow, Esq.
Wolf, Block, Schorr, &
Solis-Cohen, LLP
Packard Building
111 S. 15th Street, 12th Floor
Philadelphia, PA 19102

Sara Levesque

RECEIVED
JUN 30 200?
CLERK
U.S. DISTRICT COURT
DISTRICT OF R.I.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. TODD JOSEPH LASCOLA, CPI INVESTMENT MANAGEMENT, INC., and CPA ADVISORS NETWORK, INC., Defendants. | CA 98-610 T |

**[PROPOSED] ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS CPI INVESTMENT MANAGEMENT, INC. AND CPA ADVISORS NETWORK, INC. PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41(a)(2)**

Plaintiff Securities and Exchange Commission, having filed a motion for dismissal of its claims against Defendants CPI Investment Management, Inc. ("CPI") and CPA Advisors Network, Inc. ("CPA"), and providing good reasons for the relief therein requested,

**I.**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the SEC's Motion for Dismissal of its claims against Defendants CPI and CPA, pursuant to Fed. R. Civ. P. 41(a)(2), is hereby GRANTED.

DONE AND ORDERED at Providence, Rhode Island this 7 day of July, 2000.

Ernest C. Torres

Honorable Ernest Torres
UNITED STATES DISTRICT JUDGE