**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION** Plaintiff | ) | |
| **Vs.** | ) | **Case No. 98-610** |
| **TODD JOSEPH LASCOLA, CPI INVESTMENT MANAGEMENT, INC. and CPA ADVISORS NETWORK, INC.** Defendant | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that on November 3, 2005, I served copies of the Motion to Reopen Proceeding, Memorandum of Law in Support of Receiver's Motion to Reopen Proceeding and Amended Memorandum of Law in Support of Receiver's Motion to Reopen Proceeding by first class mail to the parties on the attached service list. This service is in addition to the service which was made to other interested parties who were served with these pleadings on August 25, 2005 and September 1, 2005.

Diane Lula

**SERVICE LIST**

Josephine Wang, Esq.
Securities Investor Protection Corporation
805 Fifteenth Street, NW #800
Washington, DC 20005-2207

John Holmes
5 Surrey Road
Barrington, RI 02806

Joseph M. Rameaka, Esq.
873 Warwick Avenue
Warwick, RI 02888
(Attorney for John Holmes)

Alan Gelfuso, Esq.
Gelfuso & Lachut
1193 Reservoir Avenue
Cranston, RI 02920
(Attorney for John Holmes)

Teamsters Local 251
121 Brightridge Avenue
E. Providence, RI 02914

Marc B. Gursky, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
(Attorney for Teamsters Local 251)

Joseph Rodio, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903
(The International Brotherhood of Electrical Workers Local Union 99)