**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION** **Plaintiff** | |
| **Vs.** | **Case No. 98-610** |
| **TODD JOSEPH LASCOLA, CPI INVESTMENT MANAGEMENT, INC. and CPA ADVISORS NETWORK, INC.** **Defendant** | |

**ORDER GRANTING MOTION TO REOPEN PROCEEDING**

Upon the Motion of the Receiver to reopen these proceeding, it is hereby,

**ORDERED, ADJUDGED AND DECREED**:

That this action is hereby reopened, and the Receiver is hereby authorized to continue to administer the assets of the receivership estate of CPI Investment Management, Inc., to review claims of creditors filed with the Receiver, and to take all appropriate actions to effectuate a distribution of assets to creditors in accordance with the priorities of their claims, as may be approved by this Court upon Motion of the Receiver.

ENTER:

Ernest C Torres

Ernest C. Torres
Chief, US District Judge
Dated: 11/19/05

BY ORDER:

Clerk, ~~Superior Court~~ USDC
Deputy