UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION<br>Plaintiff | ) | |
| Vs. | ) | Case No. 98-610 |
| TODD JOSEPH LASCOLA,<br>CPI INVESTMENT MANAGEMENT, INC. and<br>CPA ADVISORS NETWORK, INC.<br>Defendant | ) | |

**RECEIVER'S RECOMMENDATION ON ALLOWANCE OF CLAIMS AND DISTRIBUTION TO CREDITORS**

Now comes Allan M. Shine, Esq., Temporary and Permanent Receiver herein, and respectfully requests that the claims set forth on Schedules A, B, C, and D, annexed hereto, be allowed in the amounts as filed and the Receiver be authorized to disburse the amounts set forth on said Schedules.

Allan M. Shine, Receiver
State Bar No. 0383
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, RI 02903
Telephone: (401) 273-8300
Facsimile: (401) 272-5728
Dated:

## SCHEDULE A
## ADMINISTRATIVE CLAIMS

| | Amount of Claim as Filed | Remaining Balance of Claim as of 11/30/05 | Amount to Be Paid by Receiver |
|---|---|---|---|
| One Financial Center Plaza, LLC<br>10 Weybosset Street<br>Providence, RI 02903<br>(Landlord) | $ 17,189.34 | 0 | 0 |

(Rental Claim paid and released in settlement with CPA Trustee and Receiver)

**SCHEDULE B**
**PRIORITY CLAIMS**

| | *Amount of Claim as Filed* | *Remaining Balance of Claim as of 11/30/05* | *Amount to Be Paid by Receiver* |
|---|---|---|---|
| Division of Taxation<br>Tax Collector<br>One Capitol Hill<br>Providence, RI 02908<br>(Unpaid Business Corporation Taxes) | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |

**SCHEDULE C**
**INVESTOR CLAIMS**

| | Amount of Claim as Filed | Remaining Balance of Claim as of 11/30/05 | Amount to Be Paid by Receiver |
|---|---|---|---|
| Feldman, Joan P.<br>c/o Matthew T. Oliverio, Esq.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903 | $ 117,877.04 | $ 47,877.04 | $ 47,877.04 |
| Stevens, Nancy R. (Trustee)<br>of Donald V. Stevens<br>c/o Matthew T. Oliverio, Esq.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903 | $ 281,126.23 | 0 | 0 |
| Stevens, Nancy R. (IRA)<br>c/o Matthew T. Oliverio, Esq.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903 | $ 20,000.00 | 0 | 0 |
| Zura, Benjamin Wright<br>c/o Matthew T. Oliverio, Esq.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903 | $ 217,663.84 | 0 | 0 |
| Baggesen, Prescilla T.<br>c/o Matthew T. Oliverio, Esq.<br>55 Dorrance Street, Suite 400<br>Providence, RI 02903 | $ 176,550.00 | $ 101,550.00 | $ 101,550.00 |
| Christensen, Preben B.<br>3 Overlook Drive<br>Westboro, MA 01581 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| Christensen, Preben B.<br>Christenson, Mary M.<br>3 Overlook Drive<br>Westboro, MA 01581 | $ 211,226.38 | $ 211,226.38 | $ 211,226.38 |
| Donnell, Deborah A.<br>100 Ocean Avenue<br>Cranston, RI 02905 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| Kennedy, Tracey<br>c/o Joshua Teverow, Esq.<br>55 Pine Street<br>Providence, RI 02903 | $ 56,000.00 | $ 56,000.00 | $ 56,000.00 |
| **Total** | **$ 1,099,443.49** | **$ 435,653.42** | **$ 435,653.42** |

**SCHEDULE D**
**TRADE GENERAL CREDITOR CLAIMS**

| | Amount of Claim | Remaining Balance of Claim as of 11/30/05 | Amount to Be Paid by Receiver |
|---|---|---|---|
| AT&T Capital Leasing Services<br>1 Research Drive, 4th Floor<br>Westboro, MA 01581 | $ 817.70 | $ 817.70 | $ 817.70 |
| AT&T Capital Leasing Services<br>1 Research Drive, 4th Floor<br>Westboro, MA 01581 | $ 518.95 | $ 518.95 | $ 518.95 |
| Bell Atlantic Mobile<br>-101419152<br>P.O. Box 15485<br>Worcester, MA 01615 | $ 725.66 | $ 725.66 | $ 725.66 |
| Bell Atlantic<br>401-751-6646 215 005 7<br>P.O. Box 28007<br>Lehigh Valley, PA 18002-8007 | $ 1,545.73 | $ 1,545.73 | $ 1,545.73 |
| BMW Financial Services<br>Dept. 0780<br>Columbus, OH 43271-0780 | $ 1,925.36 | $ 1,925.36 | $ 1,925.36 |
| BLR<br>141 Mill Rock Road East<br>Old Saybrook, CT 06475 | $ 320.08 | $ 320.08 | $ 320.08 |
| CRC Management, Inc.<br>53-02 11th Street<br>Long Island City, NY 11101 | $ 56.00 | $ 56.00 | $ 56.00 |
| Cappriccios<br>Dyer & Pine Street<br>Providence, RI 02903 | $ 2,166.70 | $ 2,166.70 | $ 2,166.70 |
| Delta Dental of RI<br>10 Charles Street<br>Providence, RI 02904 | $ 2,046.32 | $ 2,046.32 | $ 2,046.32 |
| FedEx<br>P.O. Box 1140<br>Memphis, TN 38101-1140 | $ 368.03 | $ 368.03 | $ 368.03 |
| Financial Computer Support, Inc.<br>14 Commerce Drive<br>Oakland, MD 21550 | $ 170.00 | $ 170.00 | $ 170.00 |
| Five Star Limousine Service, Inc.<br>1351 Hartford Avenue<br>Johnston, RI 02919 | $ 1,996.80 | $ 1,996.80 | $ 1,966.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Internet Marketing Solutions, Inc.<br>7937 Red Barn Way<br>Elkridge, MD 21075 | $ | 47,254.00 | $ | 47,254.00 | $ | 47,254.00 |
| MITA Financial Services<br>1961 Hirst Drive<br>Moberly, MO 65270 | $ | 750.47 | $ | 750.47 | $ | 750.47 |
| National Regulatory Services, Inc.<br>P.O. Box 71<br>Lakeville, CT 06039 | $ | 125.00 | $ | 125.00 | $ | 125.00 |
| Network Plus, Inc.<br>P.O. Box 15609<br>Worcester, MA 01615-0609 | $ | 769.95 | $ | 769.95 | $ | 769.95 |
| CIT Group<br>Formerly Newcourt Leasing<br>1 CIT Drive<br>Livingston, NJ 07039 | $ | 1,213.60 | $ | 1,213.60 | $ | 1,213.60 |
| OfficeMax<br>Corporate<br>150 E. Pierce Road<br>Itasca, IL 60143 | $ | 5.97 | $ | 5.97 | $ | 5.97 |
| PageNet<br>Corporate Office<br>3250 Bloor Street West, #700<br>Toronto, Ontario Canada M8X 2X9 | $ | 268.82 | $ | 268.82 | $ | 268.82 |
| Pitney Bowes<br>P.O. Box 12070<br>Albany, NY 12212 | $ | 96.14 | $ | 96.14 | $ | 96.14 |
| Poland Spring<br>Nestle Waters North America<br>600 Laslay Avenue<br>Wilkes Barre, PA 18706 | $ | 55.43 | $ | 55.43 | $ | 55.43 |
| Qwest<br>Corporate Headquarters<br>1801 Californis Street<br>Denver, CO 80202 | $ | 489.74 | $ | 489.74 | $ | 489.74 |
| Shultheiss & Conway, Inc.<br>(Can find no listing for this at all) | $ | 920.00 | $ | 920.00 | $ | 920.00 |
| 63 Wall Street (Landlord)<br>c/o Joel Schonfeld, Esq.<br>Schonfeld & Weinstein, LLP<br>63 Wall Street, #1801<br>New York, NY 10005 | $ | 1,200.00 | $ | 1,200.00 | $ | 1,200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Staples<br>Dept. 82 - 0000103242<br>P.O. Box 30292<br>Salt Lake City, UT 84130-0292 | $ | 1,159.40 | $ | 1,159.40 | $ | 1,159.40 |
| The CityNet<br>National Headquarters<br>113 Platinum Drive<br>Bridgeport, WV 26330 | $ | 45.00 | $ | 45.00 | $ - | 45.00 |
| United Healthcare<br>475 Kilvert Street<br>Warwick, RI 02886 | $ | 9,156.93 | $ | 9,156.93 | $ | 9,156.93 |
| **Total** | **$** | **76,167.78** | **$** | **76,167.78** | **$** | **76,167.78** |