WINOGRAD, SHINE & ZACKS, P.C.

ATTORNEYS AT LAW
123 DYER STREET
PROVIDENCE, RHODE ISLAND 02903-3980
(401) 273-8300
FAX: (401) 272-5728
EMAIL: firm@wszlaw.com



CPI Investment Management, Inc.

December 20, 2005
ACCOUNT NO: 3204-001
1

Federal Court Receivership

| Date | Atty | Description | HOURS |
|---|---|---|---|
| 03/02/1999 | | | |
| | AMS | Drafting Amended Order and correspondence with Judge Torres. | 0.30 |
| | AMS | Reviewing with D. Finkle issues re strategy re hearing. | 0.20 |
| 03/08/1999 | | | |
| | AMS | Reviewing with D. Finkle issues re sale of assets and lease. | 0.10 |
| 03/29/1999 | | | |
| | AMS | Telephone conversation with A. Delgrande. | 0.10 |
| | AMS | Telephone conversation with S. Geremia re audit findings. | 0.20 |
| 03/30/1999 | | | |
| | AMS | Telephone conversation with A. Fontaine. | 0.20 |
| 04/27/1999 | | | |
| | AMS | Two telephone conversations with G. Geremia. | 0.20 |
| | AMS | Telephone conversation with T. Nicholson. | 0.10 |
| 05/02/1999 | | | |
| | AMS | Reviewing with D. Finkle status. | 0.20 |
| 05/04/1999 | | | |
| | AMS | Two telephone conversations with M. Matthews. | 0.20 |
| | AMS | Drafting correspondence to J. Cavanagh. | 0.10 |
| 05/05/1999 | | | |
| | AMS | Telephone conversation with M. Matthews. | 0.20 |

CPI Investment Management, Inc.

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 06/07/1999 | | | |
| | AMS | Telephone conversation with P. Baggesen. | 0.10 |
| 06/10/1999 | | | |
| | AMS | Conference with A. Rubine re possible complaint against LaScola. | 0.50 |
| 07/06/1999 | | | |
| | AMS | Reviewing with D. Finkle suit and accounts receivable for status conference. | 0.30 |
| 07/08/1999 | | | |
| | AMS | Reviewing investigation and demand on accounts receivable with D. Finkle. | 0.60 |
| 07/13/1999 | | | |
| | AMS | Status Conference with Judge Pones et al. | 1.00 |
| | AMS | Conference with SEC staff. | 0.20 |
| 07/14/1999 | | | |
| | AMS | Reviewing status and procedures with D. Finkle. | 0.30 |
| 07/19/1999 | | | |
| | AMS | Telephone conversation with E. Bertozzi. | 0.10 |
| | AMS | Fax to E. Bertozzi. | 0.10 |
| | AMS | Telephone conversation with S. Geremia. | 0.10 |
| 07/20/1999 | | | |
| | AMS | Reviewing with D. Finkle issues re status of Complaint and matter. | 0.20 |
| 08/03/1999 | | | |
| | AMS | Reviewing filing Proof of Claim SIPIC case with D. Finkle. | 0.50 |
| 08/31/1999 | | | |
| | AMS | Reviewing claim with D. Finkle. | 0.20 |
| 09/13/1999 | | | |
| | AMS | Reviewing with D. Finkle distribution issues. | 0.20 |
| 09/29/1999 | | | |
| | AMS | Reviewing status with D. Finkle re bankruptcy case. | 0.30 |
| 10/05/1999 | | | |
| | AMS | Reviewing with D. Finkle settlement issues. | 0.30 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 10/14/1999 | | | |
| | AMS | Telephone conversation with E. Bertozzi. | 0.10 |
| | AMS | Conference with E. Bertozzi and K. Bell. | 1.00 |
| 10/19/1999 | | | |
| | AMS | Reviewing with D. Finkle settlement Conference issues. | 0.20 |
| 11/20/1999 | | | |
| | AMS | Reviewing with D. Finkle issues re Fee Application. | 0.20 |
| 11/30/1999 | | | |
| | AMS | Reviewing Fee Application with D. Finkle. | 0.10 |
| 02/22/2000 | | | |
| | AMS | Telephone conversation with L. Brennan. | 0.20 |
| 04/07/2000 | | | |
| | AMS | Telephone conversation with L. Walsh. | 0.10 |
| 05/12/2000 | | | |
| | AMS | Telephone conversation with M. Mathieu. | 0.20 |
| 10/11/2000 | | | |
| | AMS | Reviewing proof of claim and conference with J. Gramitt on administration. | 0.30 |
| 11/16/2000 | | | |
| | AMS | Three telephone conversations with J. Teverow. | 0.10 |
| | AMS | Reviewing E. Bertozzi correspondence. | 0.10 |
| | AMS | Telephone conversation with M. Stanton. | 0.20 |
| | AMS | Reviewing U.S. Attorney's press release. | 0.10 |
| 11/17/2000 | | | |
| | AMS | Conference with A. Rubine on claims and LaScola Indictment. | 0.10 |
| | AMS | Conference with E. Bertozzi on claims and prospects. | 0.60 |
| 11/18/2000 | | | |
| | AMS | Telephone conversation with J. Teverow. | 0.20 |
| 12/08/2000 | | | |
| | AMS | Reviewing claims and restitution issues with A. Rubine. | 0.70 |
| 02/16/2001 | | | |
| | AMS | Conference with A. Rubine on sentencing and | |

| | | | HOURS |
|---|---|---|---|
| | | restitution. | 0.60 |
| | AMS | Telephone conversation with E. Bertozzi on Plea and restitution. | 0.30 |
| 02/21/2001 | | | |
| | AMS | Reviewing restitution issues with A. Rubine. | 0.30 |
| 03/07/2001 | | | |
| | AMS | Reviewing issues with A. Rubine. | 0.10 |
| 03/16/2001 | | | |
| | AMS | Telephone conversation with A. Matarese (U.S. Probation Officer). | 0.20 |
| | AMS | Reviewing claims, billing records and financial information. | 0.30 |
| 03/19/2001 | | | |
| | AMS | Conference with A. Matarese (U.S. Probation Officer). | 0.70 |
| 07/13/2001 | | | |
| | AMS | Telephone conversation with W. Delaney. | 0.10 |
| 08/13/2001 | | | |
| | AMS | Reviewing Trustee's Motion to Settle rent claim. | 0.20 |
| | AMS | Reviewing Motion on Fee Holdback and S. Spalding claim. | 0.30 |
| 12/12/2002 | | | |
| | AMS | Telephone conversation with E. Bertozzi. | 0.30 |
| 12/17/2002 | | | |
| | AMS | Conference with E. Bertozzi on Petition Compromise and to pay customers and CPI Expense. | 1.90 |
| | AMS | Reviewing Proof of Claim, Dockets and correspondence. | 1.30 |
| 12/18/2002 | | | |
| | AMS | Conference with K. Bell and E. Bertozzi on Claims, Petition to Compromise and Customers. | 1.50 |
| 05/28/2003 | | | |
| | AMS | Telephone conversation with E. Bertozzi on status. | 0.50 |
| 10/16/2003 | | | |
| | AMS | Telephone conversation with E. Bertozzi. | 0.20 |
| | AMS | Reviewing American Express/McGovern claim issues. | 0.60 |
| | AMS | Reviewing Financial Reports. | 0.60 |

Federal Court Receivership

| Date | Initials | Description | HOURS |
|---|---|---|---|
| | AMS | Reviewing B. Ray memorandum. re claims. | 0.20 |
| 10/22/2003 | | | |
| | AMS | Reviewing Proof of Claim, Schedules, Pleadings and financial information. | 2.30 |
| | AMS | Telephone conversation with E. Bertozzi on Executive Risk Insurance litigation. | 0.90 |
| | AMS | Reviewing filing on Executive Risk Insurance claim. | 0.90 |
| 10/28/2003 | | | |
| | AMS | Reviewing Petition and documents on settlement. | 0.30 |
| | AMS | Reviewing Proof of Claim and Financial Reports. | 0.90 |
| 11/06/2003 | | | |
| | AMS | Reviewing settlement documents and pleadings and financial information. | 0.90 |
| 12/31/2003 | | | |
| | AMS | Conference with E. Bertozzi on CPA Claim and Distribution. | 0.60 |
| | AMS | Reviewing Proof of Claim in CPA, CPI Proof of Claim and financial information. | 1.90 |
| 06/14/2004 | | | |
| | AMS | Reviewing claims vs CPA trustee and claimants and correspondence on same. | 0.80 |
| | AMS | Reviewing Receipts and Disbursements and Proof of Claim. | 1.30 |
| 08/16/2004 | | | |
| | AMS | Reviewing T. LaScola Bankruptcy Schedules. | 0.90 |
| 09/23/2004 | | | |
| | AMS | Telephone conversation with M. Murphy, Esq. (US Department of Labor) on T. LaScola Bankruptcy and Labor Department Judgment. | 0.60 |
| 09/28/2004 | | | |
| | AMS | Reviewing LaScola Bankruptcy filing. | 0.30 |
| | AMS | Reviewing LaScola reports. | 0.20 |
| | AMS | Telephone conversation with E. Bertozzi. | 0.20 |
| | AMS | Two telephone conversations with S. Dulgarian (Justice Department). | 0.20 |
| 12/15/2004 | | | |
| | AMS | Reviewing with D. Finkle issues re hearing. | 0.10 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 12/16/2004 | | | |
| | AMS | Attending Bankruptcy Court Hearing on Trustee's Final Report and proposed $210M dividend and conference with E. Bertozzi, Trustee, and SIPC attorney K. Bell. | 2.00 |
| | AMS | Reviewing Reports and accounting on same. | 1.30 |
| 12/20/2004 | | | |
| | AMS | Reviewing Order on CPA Final Report. | 0.10 |
| 12/21/2004 | | | |
| | AMS | Reviewing pleadings, correspondence and Order on disgorgement and restitution and review of Claims. | 1.90 |
| 12/23/2004 | | | |
| | AMS | Reviewing T. LaScola and E. Bertozzi correspondence. | 0.20 |
| | AMS | Conference with E. Bertozzi on CPA, records, dividend, tax return issues, etc. | 1.30 |
| | AMS | Reviewing Proof of Claim, correspondence and pleadings. | 1.30 |
| 12/27/2004 | | | |
| | AMS | Reviewing claims, correspondence, pleadings for possible distribution to investors. | 2.80 |
| | AMS | Reviewing Schedule of Receipts and Disbursements in CPI and CPA cases. | 1.40 |
| 01/03/2005 | | | |
| | AMS | Reviewing proof of claim, correspondence and LaScola requests. | 0.90 |
| | AMS | Reviewing financial information. | 0.30 |
| 01/12/2005 | | | |
| | AMS | Reviewing SEC Complaint, Orders, pleadings and proof of claim and financial information. | 1.70 |
| 01/18/2005 | | | |
| | AMS | Reviewing pleadings and correspondence. | 0.60 |
| | AMS | Conference with E. Bertozzi (CPA Trustee) on dividends, proofs of claim, distribution orders, etc. | 1.10 |
| 01/25/2005 | | | |
| | AMS | Reviewing with L. Gifford Proof of Claim, administration, CPA case and wind up of case. | 0.70 |

Federal Court Receivership

| Date | | Description | HOURS |
|---|---|---|---|
| 02/14/2005 | AMS | Reviewing pleadings, Orders Appointing Receiver and Proofs of Claim. | 1.20 |
| 02/22/2005 | AMS | Reviewing with L. Gifford issues re investor claims. | 0.30 |
| 02/23/2005 | AMS | Two telephone conversations with E. Bertozzi. | 0.10 |
| 02/28/2005 | AMS | Conference with E. Bertozzi. | 0.60 |
| 03/30/2005 | AMS | Reviewing claims and CPA case, Receipts and Disbursements with L. Gifford. | 0.90 |
| | AMS | Reviewing with D. Finkle on same. | 0.10 |
| 04/11/2005 | AMS | Telephone conversation with S. Fontez (SEC). | 0.10 |
| 04/12/2005 | AMS | Telephone conversation with S. Fontez (SEC). | 0.40 |
| 05/02/2005 | AMS | Reviewing with D. Finkle on disputed claims. | 0.20 |
| | AMS | Examination of CPA Trustee's Reports, Schedules and Dividends. | 1.30 |
| 05/17/2005 | AMS | Reviewing Proof of Claim, financial information and CPI accountings. | 1.30 |
| 05/18/2005 | AMS | Reviewing SEC pleadings, Injunctions, Motion for Summary Judgment, Motion to Dismiss, Motion for Receiver and Orders on same and reviewing of Docket with case closed and in Archives. | 1.20 |
| 06/20/2005 | AMS | Telephone conversation with L. Walsh, Esq. (SEC). | 0.20 |
| | AMS | Conference with D. Finkle on claims. | 0.20 |
| 07/14/2005 | AMS | Reviewing bills, checks and proofs of claim. | 0.60 |
| 08/02/2005 | AMS | Reviewing T. LaScola correspondence. | 0.10 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| | AMS | Drafting T. LaScola correspondence. | 0.10 |
| | AMS | Reviewing T. LaScola Bankruptcy papers and file. | 0.40 |
| | AMS | Telephone conversation with K. Johnson on Bankruptcy papers. | 0.20 |
| 08/12/2005 | | | |
| | AMS | Telephone conversation with K. Johnson. | 0.10 |
| 08/15/2005 | | | |
| | AMS | Telephone conversation with J. Hughes (Trustee of T. LaScola). | 0.20 |
| 08/23/2005 | | | |
| | AMS | Two telephone conversations with L. Walsh (SEC). | 0.20 |
| | AMS | Telephone conversations with J. Hagler (S.C.). | 0.20 |
| 08/31/2005 | | | |
| | AMS | Telephone conversation with G. Byerly. | 0.10 |
| | AMS | Two telephone conversations with C. Walsh (SEC). | 0.10 |
| | AMS | Reviewing with L. Gifford on Motion to Reopen. | 0.30 |
| | AMS | Reviewing Motion to Reopen, Order, etc. | 0.30 |
| 10/18/2005 | | | |
| | AMS | Reviewing financial reports, claims, pleadings, and correspondence. | 0.70 |
| | AMS | Reviewing with D. Finkle on same. | 0.20 |
| 11/30/2005 | | | |
| | AMS | Reviewing correspondence. | 0.10 |
| | AMS | Telephone conversation with D. Finkle. | 0.10 |
| | AMS | Reviewing SEC Complaint and Judgment v. T. LaScola. | 0.20 |
| 12/01/2005 | | | |
| | AMS | Reviewing with D. Finkle re status of distribution, Final Report and wind-up. | 0.90 |
| | AMS | Reviewing Proof of Claim, pleadings, financial reports and documents on closing case. | 2.10 |
| | AMS | Reviewing with J. Pincince on current rates paid in lengthy bankruptcy. | 0.30 |
| 12/05/2005 | | | |
| | AMS | Reviewing South Carolina Bankruptcy Schedules, pleadings and claims. | 1.30 |
| | AMS | Reviewing with D. Finkle on same. | 0.40 |
| | AMS | Reviewing Receiver's Final Report and Fee Application. | 0.80 |

CPI Investment Management, Inc.

Federal Court Receivership

| Date | Initials | Description | HOURS |
|---|---|---|---|
| 12/13/2005 | AMS | Estimated time to complete case, hearing and Final Report. | 2.00 |
| | | ALLAN M. SHINE | 72.80 |
| 03/01/1999 | APR | Reviewing agenda and strategies with D. Finkle and A. Shine. | 1.00 |
| 03/03/1999 | APR | Conference with N. Murphy. Reviewing subpoena. Conference with A. Shine re subpoena. | 0.20 |
| 03/08/1999 | APR | Memo to D. Finkle re furniture. | 0.10 |
| 04/06/1999 | APR | Conference with E. Bertozzi re coordination with CPA trustee. | 1.70 |
| 04/09/1999 | APR | Telephone conversation with S. Geremia. | 0.10 |
| 04/28/1999 | APR | Telephone conversation with A. Milligan. | 0.10 |
| | APR | Telephone conversation with S. Geremia. | 0.10 |
| 05/03/1999 | APR | Telephone conversation with A. Milligan at U.S. Attorneys office. | 0.30 |
| 06/10/1999 | APR | Conference with A. Shine re possible complaint against LaScola. | 0.50 |
| 06/18/1999 | APR | Reviewing with D. Finkle re suit LaScola. | 0.30 |
| 06/30/1999 | APR | Reviewing issues re LaScola with J. Gramitt. | 0.40 |
| 08/06/1999 | APR | Reviewing letter from E. Bertozzi re RBG note. | 0.10 |
| | APR | Telephone conversation with E. Bertozzi. | 0.10 |
| 10/04/1999 | APR | Reviewing claims issues with D. Finkle. | 0.40 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 11/17/2000 | | | |
| | APR | Conference with A. Shine on claims and LaScola Indictment. | 0.10 |
| 11/27/2000 | | | |
| | APR | Reviewing emergency motion of CPA Trustee. | 0.50 |
| 12/08/2000 | | | |
| | APR | Reviewing claims and restitution issues with A. Shine. | 0.70 |
| 12/18/2000 | | | |
| | APR | Telephone conversation with T. Gale. | 0.10 |
| 12/19/2000 | | | |
| | APR | Telephone conversation with T. Gale. | 0.10 |
| 12/21/2000 | | | |
| | APR | Telephone conversation with T. Gale re criminal restitution order. | 0.30 |
| 01/05/2001 | | | |
| | APR | Reviewing with E. Hanson issues re comparison of CPI/CPA claims and objections. | 0.40 |
| 01/18/2001 | | | |
| | APR | Telephone conversation with R. Green at SEC. | 0.30 |
| 02/16/2001 | | | |
| | APR | Reviewing with A. Shine issues re sentencing and criminal restitutions. | 0.60 |
| 02/20/2001 | | | |
| | APR | Reviewing claims with E. Hanson. | 0.30 |
| | APR | Telephone conversation with I. Belkin at U.S. Attorney re LaScola. | 0.10 |
| 02/21/2001 | | | |
| | APR | Telephone conversation with I. Belken re restitution issues. | 0.40 |
| | APR | Reviewing restitution issues with A. Shine. | 0.30 |
| 02/23/2001 | | | |
| | APR | Telephone conversation with M. Oliverio. Reviewing claims re LaScola restitution. | 0.40 |
| 02/26/2001 | | | |
| | APR | Attending LaScola plea at U.S. District Court. | 1.10 |
| | APR | Telephone conversation with E. Bertozzi re | |

| | | | HOURS |
|---|---|---|---|
| | | restitution issues. | 0.30 |
| 03/07/2001 | | | |
| | APR | Reviewing issues with A. Shine. | 0.10 |
| 03/27/2001 | | | |
| | APR | Telephone conversation with U.S. Attorney office re Victim restitution. | 0.10 |
| 03/28/2001 | | | |
| | APR | Telephone conversation with Gail at U.S. Attorney's office re restitution issues. | 0.30 |
| 04/05/2001 | | | |
| | APR | Attending victim restitution meeting at U.S. Attorney's office. | 2.80 |
| 04/16/2001 | | | |
| | APR | Reviewing correspondence from claimants. | 0.20 |
| 05/03/2001 | | | |
| | APR | Telephone conversation with U.S. Attorney. | 0.10 |
| | APR | E-mail to A. Shine re sentencing. | 0.10 |
| 05/04/2001 | | | |
| | APR | Two telephone conversations with I. Belkin. | 0.40 |
| 05/10/2001 | | | |
| | APR | Telephone conversation with A. Matarese at U.S. Probation. | 0.10 |
| | APR | Reviewing claim information re victim restitution. | 0.30 |
| 05/11/2001 | | | |
| | APR | Complete affidavit for victims restitution. | 0.50 |
| 05/15/2001 | | | |
| | APR | Telephone conversation with A. Matarese, U.S. Probation. | 0.10 |
| 05/17/2001 | | | |
| | APR | Letter to A. Matarese at U.S. Probation to clarify victim loss statement. | 0.40 |
| | APR | Update A. Shine re status. | 0.10 |
| 05/22/2001 | | | |
| | APR | Attending LaScola sentencing hearing. | 3.80 |
| | | ALLEN P. RUBINE | 20.80 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 02/21/1999 | | | |
| | DF | Reviewing information of A. Daniels and A. Augustine re accounts and records. | 0.20 |
| | DF | Letter to employees re return of items. | 0.10 |
| 03/01/1999 | | | |
| | DF | Reviewing issues of proceeding with A. Shine. | 0.10 |
| | DF | Telephone conversation with F. McGrath re information. | 0.10 |
| | DF | Meeting with A. Rubine and A. Shine re claims and case status. | 0.90 |
| 03/02/1999 | | | |
| | DF | Reviewing with A. Shine issues re strategy re hearing. | 0.20 |
| 03/03/1999 | | | |
| | DF | Telephone conversation with A. Augustine re claims. | 0.10 |
| 03/08/1999 | | | |
| | DF | Telephone conversation with S. Geremia re assets, records, auction. | 0.40 |
| | DF | Reviewing sale/lease with A. Shine. | 0.10 |
| 03/10/1999 | | | |
| | DF | Telephone conversation with A. Morelock re RBG notes. | 0.10 |
| | DF | Reviewing bank statments. | 0.10 |
| 03/11/1999 | | | |
| | DF | Telephone conversation with S. Corio re leased furniture removal, value and equity issues. | 0.20 |
| 03/16/1999 | | | |
| | DF | Two telephone conversations with J. Parnell at AT&T Leasing re leased equipment. | 0.20 |
| | DF | Telephone conversation with S. Corio re same. | 0.10 |
| 03/17/1999 | | | |
| | DF | Telephone conversation with S. Corio re furniture. | 0.10 |
| 03/18/1999 | | | |
| | DF | Telephone conversation with M. Laroche re telephones. | 0.10 |
| | DF | Telephone conversation with J. Parnell re same re AT&T lease. | 0.30 |
| | DF | Telephone conversation with M. Laroche re copier. | 0.20 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 03/22/1999 | | | |
| | DF | Telephone conversation with J. Parnell re leased equipment. | 0.10 |
| | DF | Telephone conversation with J. Rodio re RBG notes. | 0.10 |
| | DF | Telephone conversation with creditors re proof of claim. | 0.10 |
| 03/23/1999 | | | |
| | DF | Telephone conversation with S. Corio re release AT&T leased furniture. | 0.10 |
| 05/02/1999 | | | |
| | DF | Reviewing with A. Shine status. | 0.20 |
| 06/08/1999 | | | |
| | DF | Preparing Statement. | 1.00 |
| 06/10/1999 | | | |
| | DF | Reviewing Claims and Procedures with A. Shine and A. Rubine. | 0.60 |
| 06/14/1999 | | | |
| | DF | Drafting Demand Letters to C. Marwell, J. Holmes, and B. Hammonds. | 0.20 |
| | DF | Reviewing documents and accounts re same. | 0.30 |
| 06/15/1999 | | | |
| | DF | Reviewing revised Statement. | 0.60 |
| 06/17/1999 | | | |
| | DF | Telephone conversation with A. Morelock. | 0.10 |
| | DF | Meeting with A. Morelock to review accounts receivable due to back up records. | 1.50 |
| 06/18/1999 | | | |
| | DF | Reviewing with A. Rubine re suit LaScola. | 0.30 |
| | DF | Reviewing files and accounts for demands to employees re accounts receivable. | 0.40 |
| 06/19/1999 | | | |
| | DF | Revising Demand letters J. Holmes, C. Marwell, R. Hammends. Reviewing files. | 0.90 |
| 06/21/1999 | | | |
| | DF | Reviewing Hammonds file for information re demand, account receivables. | 0.20 |

Federal Court Receivership

| Date | | Description | HOURS |
|---|---|---|---|
| | DF | Telephone conversation with M. Laroche re address C. Manvell. | 0.10 |
| 06/22/1999 | | | |
| | DF | Revising Demand letters to account receivable debtors. | 0.30 |
| | DF | Reviewing with J. Gramitt issues re complaint against LaScola. | 0.50 |
| 07/05/1999 | | | |
| | DF | Revising letter to account debtors. | 0.20 |
| | DF | Revising CPI Statement. | 0.20 |
| 07/06/1999 | | | |
| | DF | Reviewing with A. Shine suit and accounts receivable for status conference. | 0.30 |
| 07/07/1999 | | | |
| | DF | Reviewing with J. Gramitt complaint and memo against LaScola. | 0.40 |
| | DF | Telephone conversation with E. Bertozzi and M. Laroche re records. | 0.20 |
| | DF | Preparing memorandum to A. Shine re litigation and claims. Revising accounts receivable letters. | 1.00 |
| 07/08/1999 | | | |
| | DF | Reviewing investigation and demand on accounts receivable with A. Shine. | 0.60 |
| | DF | Revising memo A. Shine re claims. Reviewing same with J. Gramitt. | 0.70 |
| | DF | Telephone conversation with A. Gelfusco re Holmes Demand. | 0.10 |
| | DF | Telephone conversation with J. Rameka re Document Request for J. Holmes. | 0.10 |
| | DF | Reviewing with J. Gramitt and A. Shine re memo for Court on claims. | 0.30 |
| 07/09/1999 | | | |
| | DF | Telephone conversation with S. Augustine re Demand. | 0.10 |
| | DF | Telephone conversation with A. Gelfusco re Demand Holmes. | 0.10 |
| 07/13/1999 | | | |
| | DF | Telephone conversation with M. LaRoche re information on IBEW. | 0.10 |
| 07/14/1999 | | | |
| | DF | Reviewing status and procedures with A. Shine. | 0.30 |

| Date | | Description | HOURS |
|---|---|---|---|
| 07/20/1999 | | | |
| | DF | Reviewing with A. Shine status of Complaint and matter. | 0.20 |
| 07/29/1999 | | | |
| | DF | Telephone conversation with J. Rameaka re accounts receivable. | 0.10 |
| 07/30/1999 | | | |
| | DF | Telephone conversation with J. Rameaka re Holmes Claim. | 0.10 |
| 08/03/1999 | | | |
| | DF | Reviewing filing Proof of Claim with A. Shine. | 0.20 |
| 08/05/1999 | | | |
| | DF | Reviewing with E. Bertozzi claims and suit issues. | 0.40 |
| 08/06/1999 | | | |
| | DF | Letter to E. Bertozzi re Receiver's Fees and Expenses. | 0.30 |
| 08/11/1999 | | | |
| | DF | Revising letter E. Bertozzi. | 0.20 |
| 08/12/1999 | | | |
| | DF | Revising letter to E. Bertozzi re fees of receiver. | 0.10 |
| 08/13/1999 | | | |
| | DF | Revising letter E. Bertozzi. | 0.20 |
| | DF | Telephone conversation with M. Oliveria re claimant of CPI. | 0.10 |
| | DF | Telephone conversation with M. Soloman re claim of J. Feldman Wexford accounts. | 0.20 |
| 08/17/1999 | | | |
| | DF | Reviewing claim of CPI Investor. | 0.10 |
| | DF | Reviewing with J. Gramitt proof of claim. | 0.10 |
| | DF | Filing SIPIC Bankruptcy case. | 0.10 |
| 08/18/1999 | | | |
| | DF | Reviewing and revising Proof Claim to file SIPIC/CPA Bankruptcy Case. | 1.00 |
| | DF | Reviewing claim issues with A. Shine. | 0.30 |
| | DF | Telephone conversation with creditor. | 0.10 |

Federal Court Receivership

| Date | | Description | HOURS |
|---|---|---|---|
| 08/20/1999 | | | |
| | DF | Telephone conversation with J. Feldman's son-in-law re CPI claims. | 0.40 |
| 08/21/1999 | | | |
| | DF | Revising proof claim, SIPIC case. | 0.40 |
| 08/31/1999 | | | |
| | DF | Revising Proof of Claim. | 0.10 |
| | DF | Revising Proof Claim to file CPA Bankruptcy. | 0.20 |
| | DF | Reviewing claim with A. Shine. | 0.20 |
| | DF | Revising same. | 0.20 |
| 09/01/1999 | | | |
| | DF | Revising claim to file SIPIC case. | 0.10 |
| 09/02/1999 | | | |
| | DF | Reviewing with J. Gramitt re filing of claim and issues. | 0.30 |
| | DF | Telephone conversation with E. Bertozzi claims against LaScola. | 0.20 |
| 09/13/1999 | | | |
| | DF | Reviewing with A. Shine claim issues. | 0.20 |
| 09/15/1999 | | | |
| | DF | Telephone conversation with E. Bertozzi re payment. | 0.10 |
| | DF | Revising SIPIC letter. | 0.20 |
| 09/20/1999 | | | |
| | DF | Reviewing invoice and agreement between accountants. | 0.10 |
| | DF | Revising letter to E. Bertozzi re payment to Receiver. | 0.20 |
| 09/21/1999 | | | |
| | DF | Reviewing fee request with A. Shine. | 0.10 |
| 09/27/1999 | | | |
| | DF | Revising letter to E. Bertozzi. | 0.10 |
| 09/29/1999 | | | |
| | DF | Reviewing status with A. Shine re bankruptcy case. | 0.20 |
| 10/04/1999 | | | |
| | DF | Telephone conversation with M. Soloman re claims of J. Feldman. | 0.30 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| | DF | Reviewing settlement Motion and Agreement of CPA Trustee re Wexford. | 0.20 |
| | DF | Reviewing accounts of J. Feldman and documents. | 0.10 |
| | DF | Letter to M. Solomon. | 0.10 |
| | DF | Reviewing claims issues with A. Rubine. | 0.40 |
| 10/05/1999 | | | |
| | DF | Reviewing with A. Shine settlement issues. | 0.20 |
| | DF | Telephone conversation with M. Oliverio re J. Feldman. | 0.10 |
| 10/06/1999 | | | |
| | DF | Reviewing status Confirmation with A. Shine. | 0.10 |
| 10/07/1999 | | | |
| | DF | Revising letter M. Soloman re J. Feldman claims. | 0.20 |
| 10/13/1999 | | | |
| | DF | Two telephone conversations with CPI investor. | 0.50 |
| 10/14/1999 | | | |
| | DF | Preparing for SIPIC meeting. | 0.10 |
| 10/19/1999 | | | |
| | DF | Reviewing with A. Shine settlement Conference issues. | 0.20 |
| 10/20/1999 | | | |
| | DF | Attending Settlement Conference with Judge Martin. | 0.60 |
| 10/28/1999 | | | |
| | DF | Telephone conversation with Detective Berg re claims and status. | 0.30 |
| | DF | Reviewing same with J. Gramitt for pulling of records. | 0.20 |
| | DF | Meeting with Detective Berg. | 0.40 |
| 11/16/1999 | | | |
| | DF | Reviewing with A. Shine issues re Fee Application with SIPIC. Telephone conversation with E. Bertozzi re same, SIPIC request. | 0.30 |
| | DF | Reviewing with A. Shine Fee Application preparation, preparing Fee Application for SIPIC. | 2.20 |
| 11/17/1999 | | | |
| | DF | Preparing and revising Fee Application. Legal Research SIPIC statute. | 3.30 |

Federal Court Receivership

| Date | Initials | Description | HOURS |
|---|---|---|---|
| 11/18/1999 | | | |
| | DF | Drafting Fee Application narrative. | 1.80 |
| 11/20/1999 | | | |
| | DF | Reviewing Fee Application issues with A. Shine. | 0.20 |
| 11/21/1999 | | | |
| | DF | Revising Fee Application and letter re services to K. Bell of SIPIC. | 6.10 |
| 11/22/1999 | | | |
| | DF | Telephone conversation with M. LaRoche re Trustee actions. | 0.10 |
| | DF | Revising Fee Application. | 1.20 |
| | DF | Telephone conversation with E. Bertozzi office. Revising letter to K. Bell. Reviewing file. | 0.90 |
| | DF | Revising Fee Application. | 1.70 |
| 11/23/1999 | | | |
| | DF | Revising and finalize Fee Application. | 1.80 |
| | DF | Telephone conversation with E. Bertozzi re Fee Application re Benefits to CPA case. | 0.40 |
| | DF | Revising letter K. Bell. | 0.60 |
| 11/24/1999 | | | |
| | DF | Revising Notice. | 0.10 |
| | DF | Revising Fee Application. | 1.10 |
| | DF | Reviewing Court orders re Appointment Receivership. | 0.20 |
| | DF | Telephone conversation with E. Bertozzi re Notice of Fee Application. Conference with court re Hearing date. | 0.20 |
| | DF | Reviewing with J. Gauthier re modification notice Fee Application. | 0.10 |
| 11/29/1999 | | | |
| | DF | Telephone conversation with M. Laroche re Certification. | 0.10 |
| | DF | Telephone conversation with E. Bertozzi re certification. | 0.10 |
| 12/08/1999 | | | |
| | DF | Telephone conversation with E. Bertozzi re Fee Objection. | 0.20 |
| 12/09/1999 | | | |
| | DF | Reviewing Proposed Stipulation. | 0.20 |

CPI Investment Management, Inc.

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 12/13/1999 | | | |
| | DF | Telephone conversation with E. Bertozzi re Fees. | 0.20 |
| 12/14/1999 | | | |
| | DF | Telephone conversation with E. Bertozzi. | 0.10 |
| 12/15/1999 | | | |
| | DF | Drafting letter to K. Bell re fee agreement. | 0.60 |
| | DF | Telephone conversation with M. Laroche. | 0.10 |
| | DF | Telephone conversation with E. Bertozzi. | 0.20 |
| 12/20/1999 | | | |
| | DF | Telephone conversation with M. Laroche re Fee Hearing. | 0.10 |
| 12/21/1999 | | | |
| | DF | Preparing for hearing on Fee Application. | 0.80 |
| 12/27/1999 | | | |
| | DF | Attending Court Hearing Fee Application. | 1.50 |
| 12/29/1999 | | | |
| | DF | Reviewing Trustee check. | 0.10 |
| 12/15/2004 | | | |
| | DF | Reviewing handling hearing with A. Shine. | 0.10 |
| 04/19/2005 | | | |
| | DF | Telephone conversation with E. Bertozzi re distribution. | 0.10 |
| 04/26/2005 | | | |
| | DF | Reviewing claims issues with A. Shine. | 0.30 |
| 04/28/2005 | | | |
| | DF | Two telephone conversations with E. Bertozzi re funds. | 0.20 |
| 05/16/2005 | | | |
| | DF | Reviewing claims issues and case reopening with A. Shine. | 0.30 |
| 05/17/2005 | | | |
| | DF | Telephone conversation with E. Bertozzi's paralegal re information. | 0.10 |
| 05/18/2005 | | | |
| | DF | Reviewing with A. Shine procedural and claim | |

| | | | HOURS |
|---|---|---|---|
| | | issues and reopening case. | 0.40 |
| 05/23/2005 | | | |
| | DF | Reviewing Court documents re reopen case. | 0.70 |
| 06/02/2005 | | | |
| | DF | Reviewing with L. Gifford reopen case. | 0.10 |
| 06/09/2005 | | | |
| | DF | Telephone conversation with E. Bertozzi. | 0.10 |
| | DF | Telephone conversation with M. Laroche re Application and Distribution. | 0.10 |
| 06/10/2005 | | | |
| | DF | Telephone conversation with M. Oliveria. | 0.10 |
| 06/13/2005 | | | |
| | DF | Telephone conversation with M. Oliveira re claims. | 0.10 |
| | DF | Conference with L. Gifford re Petition Reopen Case. | 0.10 |
| | DF | Telephone conversation with M. Oliveiro re claims. | 0.10 |
| 06/16/2005 | | | |
| | DF | Letter to M. Oliverio re four investor-clients' claims. | 0.10 |
| 06/20/2005 | | | |
| | DF | Reviewing with A. Shine claims and proceeding. | 0.20 |
| | DF | Telephone conversation with L. Walsh of Secured Committee. | 0.10 |
| | DF | Reviewing letter M. Oliverio re claims. | 0.10 |
| 06/28/2005 | | | |
| | DF | Reviewing with A. Shine claim and status. | 0.20 |
| 06/30/2005 | | | |
| | DF | Reviewing settlement and release documents landlord and Financial Plaza. | 0.20 |
| 07/05/2005 | | | |
| | DF | Telephone conversation with M. Oliverio re claims. | 0.10 |
| 07/07/2005 | | | |
| | DF | Reviewing and calculating claims as filed and reduced. | 0.50 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 07/11/2005 | | | |
| | DF | Reviewing claims and calculate dividend. | 0.40 |
| | DF | Reviewing with A. Shine issues re open case, claims review. | 0.40 |
| 07/12/2005 | | | |
| | DF | Reviewing information to re-open case. | 0.40 |
| 07/17/2005 | | | |
| | DF | Drafting Motion and Memorandum of Law re Reopen case. | 0.60 |
| 07/27/2005 | | | |
| | DF | Reviewing status with A. Shine. | 0.20 |
| 08/02/2005 | | | |
| | DF | Reviewing calculations with A. Shine and Chapter 7 trustee LaScola. | 0.10 |
| 08/03/2005 | | | |
| | DF | Reviewing claims with A. Shine. | 0.30 |
| | DF | Calculating claims and possible dividend. | 0.20 |
| 08/04/2005 | | | |
| | DF | Reviewing status proceedings and claim issues with A. Shine. | 0.30 |
| 08/20/2005 | | | |
| | DF | Revising Motion and Memorandum to Reopen Case. | 0.60 |
| 08/23/2005 | | | |
| | DF | Reviewing procedure and status with A. Shine. | 0.20 |
| | DF | Revising Motion Reopen and Memorandum. | 0.30 |
| 08/24/2005 | | | |
| | DF | Revising and finalizing Motion and Memorandum of Law to Reopen proceeding. | 0.20 |
| 08/25/2005 | | | |
| | DF | Reviewing and finalizing Motion Reopen and Draft Order. | 0.60 |
| 09/06/2005 | | | |
| | DF | Reviewing with L. Gifford changes Motion Reopen. | 0.20 |
| | DF | Telephone conversation with M. Oliverio re same. | 0.10 |
| | DF | Reviewing Amended Petition Reopen. | 0.10 |
| 09/07/2005 | | | |
| | DF | Reviewing Motion Reopen and status with A. Shine. | 0.20 |

Federal Court Receivership

| Date | | Description | HOURS |
|---|---|---|---|
| 09/15/2005 | | | |
| | DF | Telephone conversation with L. Walsh re status Motion Reopen. | 0.10 |
| 10/18/2005 | | | |
| | DF | Reviewing status with A. Shine. | 0.10 |
| 10/27/2005 | | | |
| | DF | Telephone conversation with Judge Torres' Clerk. | 0.10 |
| | DF | Telephone conversation with M. Oliverio re status motion reopen. | 0.10 |
| 10/28/2005 | | | |
| | DF | Telephone conversation with M. Oliverio. | 0.10 |
| 11/01/2005 | | | |
| | DF | Reviewing new service of Motion. | 0.20 |
| | DF | Revising letters to parties. | 0.10 |
| 11/02/2005 | | | |
| | DF | Revising letter to parties and to Judge Torres. | 0.10 |
| | DF | Reviewing issues with A. Shine. | 0.10 |
| | DF | Telephone conversation with M. Oliverio. | 0.10 |
| 11/03/2005 | | | |
| | DF | Reviewing revised Certificate. | 0.10 |
| 11/18/2005 | | | |
| | DF | Reviewing Court Order. | 0.10 |
| 11/25/2005 | | | |
| | DF | Revising Receiver's Final Report. | 0.50 |
| | DF | Revising Recommendation of Claims. | 0.40 |
| 11/29/2005 | | | |
| | DF | Respond to Inquiry L. Wash. | 0.10 |
| 11/30/2005 | | | |
| | DF | Reviewing with A. Shine issues re Final Report. | 0.20 |
| | DF | Revising Final Report and Recommendation on Claims. | 0.90 |
| 12/01/2005 | | | |
| | DF | Reviewing Final Report issues with A. Shine. Reviewing claims. | 1.90 |
| 12/02/2005 | | | |
| | DF | Reviewing claims and Chapter 7 schedules issues | |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| | | with S. Levesque and E. Garant. | 0.40 |
| 12/05/2005 | | | |
| | DF | Reviewing with A. Shine claims, SEC issues Chapter 7 case. | 0.60 |
| | DF | Reviewing Draft and Revised Report. | 0.30 |
| 12/06/2005 | | | |
| | DF | Reviewing Chapter 7 Bankruptcy claims of LaScola. | 0.20 |
| 12/08/2005 | | | |
| | DF | Reviewing creditor schedules LaScola Bankruptcy. | 0.20 |
| 12/09/2005 | | | |
| | DF | Reviewing with S. Levesque further investigation Chapter 7 LaScola claims. | 0.30 |
| 12/12/2005 | | | |
| | DF | Finalizing Statement of Services. | 1.20 |
| 12/13/2005 | | | |
| | DF | Estimated time to complete case and distribute funds. | 5.00 |
| | DF | Reviewing claims research issues with J. Pincince. | 0.20 |
| | DF | Reviewing with S. Levesque claims SIPIC, CPI, and LaScola Bankruptcy. | 0.50 |
| 12/15/2005 | | | |
| | DF | Reviewing unpaid LaScola claims. | 0.20 |
| | DF | Revising Final Report. | 0.40 |
| | | DIANE FINKLE | 78.20 |
| 02/16/1999 | | | |
| | JG | Preparing jurisdictional filings for district courts of New York and Pa. draft cover letters, and send certified mail. | 3.20 |
| 02/18/1999 | | | |
| | JG | Legal research re theories of liability IBEW transaction. | 2.90 |
| 02/19/1999 | | | |
| | JG | Letter to District Courts of S.D.N.Y. and E.D.Pa. re filing of Order. Conference with paralegals to insure filing by deadline Monday. | 1.10 |

CPI Investment Management, Inc.

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 02/26/1999 | JG | Telephone call to District Court Clerk re Receiver's bond. | 0.20 |
| | JG | Telephone call to District Court re Receiver's bond. | 0.20 |
| 03/03/1999 | JG | Telephone call to District Court re Receiver's bond. | 0.20 |
| 05/03/1999 | JG | Legal research re Standing of Receiver. | 0.40 |
| 06/22/1999 | JG | Reviewing with D. Finkle issues re complaint against LaScola. | 0.50 |
| 06/30/1999 | JG | Reviewing with A. Rubine issues re claims against LaScola. | 0.40 |
| 07/06/1999 | JG | Preparing draft complaint. | 3.80 |
| 07/07/1999 | JG | Reviewing case files, identify claims and creditors of CPI. | 4.20 |
| 07/08/1999 | JG | Preparing Memorandum re possible claims, creditors and accounts receivable. | 5.80 |
| 08/09/1999 | JG | Preparing creditor and customer claims for proof of claim in CPA bankruptcy. | 2.50 |
| 08/17/1999 | JG | Preparing proof of claim pleading in CPA bankruptcy. | 4.10 |
| 09/02/1999 | JG | Preparing and filing proof of claim pleading against CPA. | 2.40 |
| 09/03/1999 | JG | Legal research re SIPC's subrogation rights to claims of customers of CPI. | 0.60 |

Federal Court Receivership

| Date / Initials | Description | HOURS |
|---|---|---|
| 10/28/1999 | | |
| JG | Organizing proofs of claims for review by Rhode Island State Police. | 1.30 |
| | JASON GRAMITT | 33.80 |
| 03/04/1999 | | |
| MMH | Telephone conversation with S. Geremia re forensic computer expert. | 0.10 |
| 08/31/2005 | | |
| MMH | Reviewing with L. Gifford issues re Amended Memorandum in Support of Motion to Reopen Receivership. | 0.40 |
| MMH | Reviewing and revising Amended Memorandum in Support of Motion to Reopen Proceeding. | 0.20 |
| | MELISSA M. HORNE | 0.70 |
| 01/25/2005 | | |
| LKG | Reviewing with A. Shine issues re Proof of Claim, administration, CPA case and wind up of case. | 0.70 |
| LKG | Notes to file re same. | 0.10 |
| 02/15/2005 | | |
| LKG | Reviewing and organizing claims filed with Sara. | 0.30 |
| 02/22/2005 | | |
| LKG | Reviewing CPI investor claims and preparing list of claims that have been paid previously re CPA. | 3.40 |
| LKG | Reviewing CPA investor claims with A. Shine. | 0.30 |
| 02/28/2005 | | |
| LKG | Reviewing notes and correspondence re investor claims. | 0.60 |
| 03/28/2005 | | |
| LKG | Reviewing claims filed and correspondence re preparing Receiver's Final Report and Recommendation. | 2.80 |
| 03/29/2005 | | |
| LKG | Reviewing claims filed and correspondence re preparing Receiver's Final Report and Recommendation. | 2.60 |
| LKG | Drafting Receiver's Recommendation, Final Report and Final Judgment. | 2.20 |
| LKG | Telephone call to M. Oliverio re claims filed and subsequently paid by CPA. | 0.10 |
| LKG | Telephone call from M. Oliverio re claims filed and subsequently paid by CPA. | 0.10 |

Federal Court Receivership

| Date | Initials | Description | HOURS |
|---|---|---|---|
| | LKG | Telephone call to E. Bertozzi's assistant re claims filed and subsequently paid by CPA. | 0.10 |
| | LKG | Telephone call from E. Bertozzi's assistant re claims filed and subsequently paid by CPA. | 0.10 |
| | LKG | Reviewing receivership order and correspondence re fees. | 0.30 |
| 03/30/2005 | LKG | Reviewing claims filed and correspondence re preparing Receiver's Final Report and Recommendation. | 0.60 |
| | LKG | Reviewing with G. Byerly re claims paid and releases signed in CPA proceedings. | 0.50 |
| | LKG | Reviewing claims filed and correspondence from E. Bertozzi re preparing Receiver's Final Report and Recommendation. | 3.10 |
| | LKG | Drafting memorandum to A. Shine and D. Finkle re claims filed and correspondence from E. Bertozzi. | 0.60 |
| | LKG | Reviewing with A. Shine re preparing Receiver's Final Report and Recommendation. | 0.50 |
| | LKG | Drafting notes to file re reviewing claims and potential objections with A. Shine. | 0.20 |
| 04/20/2005 | LKG | Reviewing with A. Shine and D. Finkle re status of Federal Court Receivership case. | 0.20 |
| 05/02/2005 | LKG | Reviewing with D. Finkle re duplicate claims filed in CPA bankruptcy and objections thereto. | 0.30 |
| 05/17/2005 | LKG | Reviewing docket and certifications filed by the SEC re dismissal of action. | 0.40 |
| 06/10/2005 | LKG | Researching in Federal District Court Clerk's Office re case dismissed with ongoing receivership proceedings. | 1.10 |
| 06/13/2005 | LKG | Reviewing with D. Finkle re case dismissed with ongoing receivership proceedings. | 0.20 |
| | LKG | Memorandum to file re case dismissed with ongoing receivership proceedings. | 0.10 |
| 08/31/2005 | LKG | Reviewing with A. Shine re filing Amended Memorandum in Support of Motion to Reopen | |

| | | | HOURS |
|---|---|---|---|
| | | Receivership. | 0.20 |
| | LKG | Telephone call to L. Walsh re filing Amended Memorandum in Support of Motion to Reopen Receivership. | 0.10 |
| | LKG | Reviewing with M. Horne re filing Amended Memorandum in Support of Motion to Reopen Receivership. | 0.40 |
| | LKG | Drafting Amended Memorandum in Support of Motion to Reopen Receivership. | 0.50 |
| | LKG | Drafting cover letter to Clerk re Amended Memorandum in Support of Motion to Reopen Receivership. | 0.20 |
| | LKG | Revising Amended Memorandum in Support of Motion to Reopen Receivership. | 0.30 |
| 09/01/2005 | | | |
| | LKG | Telephone call to L. Walsh re filing Amended Memorandum in Support of Motion to Reopen Receivership. | 0.10 |
| | LKG | Telephone call from L. Catigan re filing Amended Memorandum in Support of Motion to Reopen Receivership. | 0.10 |
| | LKG | Revising Amended Memorandum in Support of Motion to Reopen Receivership. | 0.40 |
| | LKG | Reviewing with S. Levesque re filing Amended Memorandum in Support of Motion to Reopen Receivership. | 0.20 |
| | LKG | Reviewing with A. Shine re filing Amended Memorandum in Support of Motion to Reopen Receivership. | 0.10 |
| 12/09/2005 | | | |
| | LKG | Reviewing with S. Levesque re claims submitted to CPI/CPA. | 0.40 |
| | LKG | Reviewing with D. DiNardo re claims submitted to CPI/CPA. | 0.10 |
| 12/13/2005 | | | |
| | LKG | Reviewing CPA accounting register re duplicate distributions made. | 0.30 |
| | | LYNN K. GIFFORD | 24.90 |
| 12/12/2005 | | | |
| | JEP | Research of federal receivership process and caselaw related to adjustment of attorney fees because of delay of payment. | 3.10 |
| 12/13/2005 | | | |
| | JEP | Research of caselaw related to adjustment of | |

| Date | Initials | Description | HOURS |
|---|---|---|---|
| | | attorney fees because of delay of payment. | 2.70 |
| 12/14/2005 | JEP | Preparation of memorandum regarding adjustment of attorney fees because of delay of payment. | 2.00 |
| | | JONATHAN E. PINCINCE | 7.80 |
| 11/17/1999 | EAG | Reviewing files for demand letters to insurance carriers and memo on proceedings. | 0.90 |
| 03/10/2000 | EAG | Review of and payment of receivership expenses. Bond Renewal. | 0.20 |
| 09/26/2001 | EAG | Attending to copying and forwarding original Stipulation to E. Bertozzi. | 0.20 |
| 09/28/2001 | EAG | Telephone conversations with G. Byerly regarding removal of copy machine to our office. | 0.10 |
| | EAG | Attending to assisting Edwards & Angell employees with moving of copier into our building and memo to A. Shine on same. | 0.20 |
| | EAG | Telephone conversation with S. Corio regarding sale of CPI copier on our premises. | 0.10 |
| | EAG | Telephone conversation with C. Dorazio regarding storage and future removal of copier. | 0.10 |
| | EAG | Telephone conversation with S. Corio regarding copy machine details. | 0.10 |
| 10/11/2001 | EAG | Telephone conversation with S. Corio regarding sale of copier. | 0.10 |
| 10/16/2001 | EAG | Attending to preparing copier for pick up by moving company, removing toner, cleaning up, etc. | 0.40 |
| 02/13/2002 | EAG | Preparing and making bank deposit. | 0.20 |
| 01/07/2003 | EAG | Preparing correspondence to E. Bertozzi, reviewing and copying all claims filed in receivership as enclosure to letter and preparing list of same. | 0.80 |

Federal Court Receivership

| Date | | Description | HOURS |
|---|---|---|---|
| 01/08/2003 | | | |
| | EAG | Attending meeting with A. Shine regarding claim situation. | 0.10 |
| 01/30/2003 | | | |
| | EAG | Preparing and sending correspondence to E. Bertozzi. | 0.20 |
| 09/24/2003 | | | |
| | EAG | Telephone conversation with B. Ray regarding American Express accounts prior to proceeding. | 0.10 |
| 01/03/2005 | | | |
| | EAG | Preparing and sending correspondence to T. LaScola in response to his inquiry. | 0.20 |
| | EAG | Preparing and sending correspondence to Iron Mountain regarding CPA records. | 0.20 |
| | EAG | Reviewing claims to prepare list for A. Shine. | 0.80 |
| 01/04/2005 | | | |
| | EAG | Reviewing claims and preparing list for A. Shine's review. | 0.80 |
| | EAG | Attending Court to look for claims filed directly with Courthouse. | 0.60 |
| 01/05/2005 | | | |
| | EAG | Preparing and making bank deposit. | 0.20 |
| 01/13/2005 | | | |
| | EAG | Attending Court to view claims filed by creditors. | 0.60 |
| | EAG | Attending Superior Court for transcript and Omnibus Forms. | 0.50 |
| 02/04/2005 | | | |
| | EAG | Attending BankRI to open new account. | 0.60 |
| 02/11/2005 | | | |
| | EAG | Reviewing files for documents for A. Shine. | 0.20 |
| 02/14/2005 | | | |
| | EAG | Review of and payment of receivership expenses. | 0.10 |
| 03/03/2005 | | | |
| | EAG | Review of and payment of receivership expenses. | 0.20 |
| 04/07/2005 | | | |
| | EAG | Review of and payment of receivership expenses. | 0.10 |

CPI Investment Management, Inc.

Federal Court Receivership

| Date | | Description | HOURS |
|---|---|---|---|
| 04/29/2005 | EAG | Preparing and making bank deposit. | 0.20 |
| 06/09/2005 | EAG | Review of and payment of receivership expenses. | 0.10 |
| 06/16/2005 | EAG | Preparing and sending correspondence to M. Oliverio with request for amendments to certain claims. | 0.20 |
| 07/11/2005 | EAG | Preparing cash on hand, work-in-process reports and copy of Landlord settlement to D. Finkle. | 0.20 |
| 07/14/2005 | EAG | Review of and payment of receivership expenses. | 0.10 |
| 08/01/2005 | EAG | Preparing and sending correspondence to T. LaScola regarding status and inquiry. | 0.20 |
| | EAG | Reviewing files for information on T. LaScola's Trustee in North Carolina Bankruptcy. | 0.20 |
| 09/16/2005 | EAG | Preparing and making bank deposit. | 0.20 |
| 09/27/2005 | EAG | Preparing draft Final Report and Recommendation on Allowance of Claims, Schedule of Receipts and Disbursements from 1998 to present. | 2.50 |
| 09/30/2005 | EAG | Preparing and making bank deposit. | 0.20 |
| 10/11/2005 | EAG | Review of and payment of receivership expenses. | 0.10 |
| 11/07/2005 | EAG | Review of and payment of receivership expenses. | 0.10 |
| 11/28/2005 | EAG | Attending to updating Final Report and Recommendation on Allowance of Claims, searching for missing addresses for vendor claims and updating cash on hand. | 2.50 |
| 11/30/2005 | EAG | Preparing revisions to Final Report papers. | 0.60 |

Federal Court Receivership

| Date | Initials | Description | HOURS |
|---|---|---|---|
| | EAG | Preparing revisions to claims schedules and other exhibits. | 0.80 |
| 12/05/2005 | EAG | Attending to accessing internet for lost addresses of creditors and updating Recommendation with same. | 0.80 |
| 12/13/2005 | EAG | Estimated time for closing case and distribution to creditors. | 2.00 |
| | | ELIZABETH A. GARANT | 19.90 |
| 02/22/1999 | JMG | Telephone conversation with Beth at Bell Atlantic re transfer of service. | 0.10 |
| 11/23/1999 | JMG | Reviewing Statement of services rendered and calculating total number of hours for each attorney and paralegal; preparing Fee Application Summary Sheet and Notice of Filing of Fee Application. | 1.10 |
| | JMG | Reviewing with D. Finkle Fee Application Summary Sheet and Notice of Filing of Fee Application; finalizing same. | 0.30 |
| 11/24/1999 | JMG | Reviewing fax from E. Bertozzi re Notice of Filing of Fee Application and revising and finalizing Notice re same. | 0.40 |
| | JMG | Reviewing Fee Application and exhibits. Reviewing with J. Whitney procedures for filing Fee Application with Bankruptcy Court. Attending to filing of documents with Bankruptcy Court. | 1.00 |
| | | JOYCE GAUTHIER | 2.90 |
| 02/16/1999 | BJR | Reviewing with J. Gramitt issues re assignment. Memorandum from J. Gramitt re same. Reviewing with J. Whitney issues re assignment. | 0.20 |
| | BJR | Telephone conversation with A. Morelock re status of matter. Memorandum to A. Shine re same. | 0.10 |
| 02/17/1999 | BJR | Reviewing with J. Whitney issues re copy job. Organizing documents. Reviewing with C. Dragon issues re status of same. | 0.20 |

Federal Court Receivership

| Date | Timekeeper | Description | HOURS |
|---|---|---|---|
| | BJR | Indexing documents copied from CPA. | 2.70 |
| 02/19/1999 | BJR | Telephone conversations with A. Morelock re Delta Dental mail and lap tops of other employees. | 0.20 |
| | BJR | Reviewing with J. Gramitt issues re assignment. Accessing New York and Pennsylvania PACER systems re case number. Telephone conversations with Clerk's at both Courts. Memorandum to file re status of same. | 1.50 |
| 04/29/1999 | BJR | Reviewing memorandum from A. Rubine re assignment. Telephone conversations with F. Nekrasz re reviewing RBG Notes. Document identification and retrieval re same. Reviewing with L. Garant issues re location of same. | 0.80 |
| 05/12/1999 | BJR | Telephone conversation with E. Bertozzi re original RBG Notes. Document identification and retrieval re same. Reviewing with A. Rubine and L. Garant issues re location of original Notes. Telephone conversation with M. Laroche re obtaining original Notes. Preparing letter to E. Bertozzi. Revising same. | 2.00 |
| 09/24/2003 | BJR | Checking boxes re document request from E. Bertozzi. | 0.30 |
| | BJR | Conference with K. Brown re CPI files. Reviewing files re document request from E. Bertozzi. | 1.50 |
| 09/25/2003 | BJR | Conference with E. Bertozzi re document request. | 0.20 |
| 10/14/2003 | BJR | Reviewing file indexes and files re CPA Advisors Network. Conference with clerk re obtaining closed files from storage. | 0.80 |
| 10/15/2003 | BJR | Reviewing files and making copies. Telephone conversation with E. Bertozzi re documents request. | 0.70 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 10/29/2003 | | | |
| | BJR | Letter to E. Bertozzi. | 0.20 |
| | | BARBARA J. RAY | 11.40 |
| 02/15/2005 | | | |
| | SL | Conference with L. Gifford re Claims (CPA and CPI). | 0.20 |
| | SL | Reviewing files for Proof of Claim analysis. | 0.60 |
| 02/16/2005 | | | |
| | SL | Reviewing files for Proof of Claim analysis. | 0.30 |
| | SL | Telephone conversations with Mary and Garrett at E. Bertozzi's office re Proofs of Claim of CPI. Conference with L. Gifford re same. | 0.20 |
| 02/17/2005 | | | |
| | SL | Travel to/from Federal Court to obtain copy of docket sheet. | 0.30 |
| | SL | Reviewing Bankruptcy Court website re proofs of claim. | 0.20 |
| | SL | Reviewing Federal Court docket re CPI proofs of claim. | 0.20 |
| | SL | Reviewing files for Proof of Claim analysis. | 3.00 |
| 02/18/2005 | | | |
| | SL | Drafting memorandum to L. Gifford re file review. | 0.30 |
| | SL | Conference with L. Gifford re file review. | 0.20 |
| 03/29/2005 | | | |
| | SL | Reviewing with L. Gifford re Report and Recommendation. | 0.10 |
| | SL | Preparing Report and Recommendation. | 0.50 |
| | SL | Preparing Judgment and Final Order. | 0.20 |
| | SL | Preparing Final Report. | 0.20 |
| | SL | Correspondence by e-mail to L. Gifford re draft documents and conference with E. Garant. | 0.10 |
| 03/30/2005 | | | |
| | SL | Reviewing with L. Gifford re general creditors. | 0.10 |
| | SL | Reviewing with L. Gifford re recommendation. | 0.10 |
| | SL | Editing Final Judgment. | 0.10 |
| | SL | Editing Recommendation. | 0.10 |
| | SL | Editing Final Report. | 0.10 |
| 04/01/2005 | | | |
| | SL | Creating file re claims investigation. | 0.20 |
| 04/15/2005 | | | |
| | SL | Research re obtaining closed files from National | |

| Date | | Description | HOURS |
|---|---|---|---|
| | | Archive. | 0.50 |
| | SL | Telephone call to Federal Court re obtaining closed files from National Archive. Correspondence by e-mail to L. Gifford re same. | 0.10 |
| | SL | Drafting letter to US District Court Clerk re obtaining closed files from National Archive. | 0.20 |
| 04/19/2005 | | | |
| | SL | Editing letter to Clerk re file retrieval from Federal Request Center. | 0.10 |
| | SL | Preparing and sending letter to Clerk re file retrieval from Federal Records Center. | 0.20 |
| | SL | Correspondence by e-mail to L. Gifford re status of file retrieval. | 0.10 |
| 04/21/2005 | | | |
| | SL | Telephone call from F. McCabe at Federal Court re file from Federal Archives. Correspondence by e-mail to L. Gifford re same. | 0.10 |
| 05/03/2005 | | | |
| | SL | Conference with L. Gifford re CPI Motion to Dismiss. | 0.10 |
| | SL | Travel to/from Federal Court to review CPA/CPI file. | 0.50 |
| | SL | Memorandum to L. Gifford and D. Finkle re Federal Court to review CPA/CPI file. | 0.50 |
| | SL | Conference with L. Gifford re Federal Court to review CPA/CPI file. | 0.10 |
| 05/19/2005 | | | |
| | SL | Updating and organizing files. | 0.20 |
| 08/25/2005 | | | |
| | SL | Conference with D. Finkle re obtaining closed Federal Court file. | 0.10 |
| | SL | Telephone call to Federal Court re reopening of CPI case. Conference with D. Finkle re same. | 0.10 |
| | SL | Drafting Order re Motion to Reopen Proceeding. | 0.30 |
| | SL | Drafting letter to Federal Court Clerk re Motion to Reopen Proceeding. | 0.20 |
| | SL | Preparing, filing and serving Motion to Reopen Proceeding and Supporting Memorandum. | 0.30 |
| 08/29/2005 | | | |
| | SL | Reviewing return mail from J. O'Neill. Obtaining current contact information for J. O'Neill. | 0.20 |

| | | | HOURS |
|---|---|---|---|
| 08/30/2005 | | | |
| | SL | Reviewing return mail from J. DuBow. Obtaining current contact information for J. DuBow. Updating contact information. Re-sending Motion to Reopen to J. DuBow at updated address. | 0.20 |
| 08/31/2005 | | | |
| | SL | Conference with L. Gifford re Amended Memorandum of Law in Support of Motion to Reopen Proceeding. | 0.10 |
| | SL | Reviewing service list. Obtaining current contact information for service list. Updating service list for Amended Memorandum of Law in Support of Motion to Reopen Proceeding. | 0.30 |
| | SL | Preparing and sending facsimile to J. L. Wash re Amended Memorandum of Law in Support of Motion to Reopen Proceeding. | 0.20 |
| 09/01/2005 | | | |
| | SL | Conference with L. Gifford re Amended Memorandum in Support of Motion to Reopen Proceedings. | 0.10 |
| | SL | Order re Amended Memorandum in Support of Motion to Reopen Proceedings. | 0.10 |
| | SL | Drafting letter to Clerk re Amended Memorandum in Support of Motion to Reopen Proceedings. | 0.20 |
| | SL | Preparing, filing and serving Amended Memorandum in Support of Motion to Reopen Proceedings. | 0.30 |
| 09/22/2005 | | | |
| | SL | Reviewing Pacer docket for CPI. | 0.10 |
| 09/23/2005 | | | |
| | SL | Updating and organizing file and docket. | 0.50 |
| 10/12/2005 | | | |
| | SL | Memorandum from D. Finkle re Motion to Reopen. | 0.10 |
| | SL | Reviewing Pacer docket re Motion to Reopen. Telephone call to Clerk's office re Motion to Reopen. Correspondence by e-mail to D. Finkle re same. | 0.20 |
| 10/24/2005 | | | |
| | SL | Reviewing Pacer docket for Order re Motion to Reopen. Correspondence by e-mail to D. Finkle re same. | 0.10 |

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 10/31/2005 | | | |
| | SL | Conference with D. Finkle re correspondence from Judge Torres re service list for Motion to Reopen. | 0.20 |
| | SL | Obtaining contact information for Teamsters Local 251, John Holmes and Securities Investor Protection Corporation. | 0.50 |
| | SL | Preparing and sending Motion to Reopen and Amended Motion to Reopen to Teamsters Local 251, John Holmes and Securities Investor Protection Corporation. | 0.30 |
| 11/01/2005 | | | |
| | SL | Conference with D. Finkle re service list. | 0.10 |
| | SL | Document identification and retrieval - CPI Motion to Reopen. | 0.20 |
| | SL | Obtaining copies of Motion to Reopen and Amended Memorandum in Support of Motion to Reopen. | 0.10 |
| | SL | Reviewing letter from Judge Torres re service of Motion to Reopen. | 0.10 |
| | SL | Working with E. Garant re service list. Reviewing list of attorneys of record for CPI/CPA matter. Research re updated contact information for attorneys and parties on service list. | 2.00 |
| | SL | Drafting letter to all parties re Motion to Reopen. | 0.20 |
| | SL | Drafting letter to Judge Torres re amended certification regarding Motion to Reopen. | 0.20 |
| | SL | Drafting Amended Certification. | 0.20 |
| 11/02/2005 | | | |
| | SL | Conference with D. Finkle re Amended Certificate of Service and revising same. | 0.30 |
| 11/03/2005 | | | |
| | SL | Drafting letter to Judge Torres re Amended Certification. | 0.20 |
| | SL | Revising Supplemental Certificate of Service. | 0.20 |
| | SL | Preparing, filing and serving Supplemental Certificate of Service. | 0.50 |
| | SL | Preparing and sending letter to Judge Torres re Supplemental Certificate of Service. | 0.20 |
| | SL | Preparing and sending copy of letter to Judge Torres to M. Oliverio. | 0.20 |
| 11/23/2005 | | | |
| | SL | Memorandum from D. Finkle re claims file. Document identification and retrieval - Claims | |

| | | | HOURS |
|---|---|---|---|
| | | file. | 0.20 |
| 12/01/2005 | | | |
| | SL | Reviewing CPI docket re Order regarding rates for Receivership. | 0.20 |
| 12/02/2005 | | | |
| | SL | Reviewing with D. Finkle re recommendation of Receiver. | 0.20 |
| | SL | Reviewing Pacer docket for Claims filed 2004-2005. | 0.20 |
| 12/05/2005 | | | |
| | SL | Research re contact information for various claimants. Correspondence by e-mail to E. Garant re same. | 1.00 |
| | SL | Conference with D. Finkle re South Carolina bankruptcy of T. LaScola. | 0.20 |
| 12/06/2005 | | | |
| | SL | Research re bankruptcy of T. LaScola. Memorandum to D. Finkle re same. | 1.00 |
| 12/09/2005 | | | |
| | SL | Conference with D. Finkle re claims analysis. | 0.20 |
| | SL | Document identification and retrieval - complete list of claims paid by CPA. | 0.30 |
| | SL | Comparing claims paid in CPA to claims unpaid in CPI and LaScola bankruptcy. | 1.40 |
| | SL | Conference with L. Gifford re claims investigation. | 0.20 |
| 12/13/2005 | | | |
| | SL | Correspondence by e-mail to M. Laroche at Edwards and Angell re CPA distributions. | 0.10 |
| | SL | Conference with L. Gifford re distribution information. | 0.10 |
| | SL | Follow-up e-mail to M. Laroche at Edwards and Angell re distribution information. Correspondence by e-mail to D. Finkle re same. | 0.10 |
| | SL | Reviewing CPA accounting records of distribution to creditors. | 1.00 |
| | SL | Creating spreadsheet of unpaid LaScola claims. | 0.80 |
| 12/14/2005 | | | |
| | SL | Conference with D. Finkle re spreadsheet of unpaid LaScola claims. | 0.10 |
| | SL | Editing spreadsheet of unpaid LaScola claims. | 0.20 |
| | | SARA LEVESQUE | 26.90 |

CPI Investment Management, Inc.

Federal Court Receivership

| | | | HOURS |
|---|---|---|---|
| 02/16/1999 | EMH | Reviewing documents re Federal funds payments to Fleet Bank. | 0.10 |
| 02/18/1999 | EMH | Reviewing with B. Ray issues re document indexing re trade sheets. | 0.10 |
| 01/05/2001 | EMH | Reviewing with A. Rubine re CPI and CPA claims. Reviewing CPI Claims. | 0.60 |
| 01/09/2001 | EMH | Reviewing CPI/CPA files re CPI/CPA Proofs of Claim. | 3.70 |
| 01/10/2001 | EMH | Telephone conversation with G. Byerly re CPA satisfied claims. | 0.10 |
| | EMH | Reviewing CPI Claims file. | 0.90 |
| 01/17/2001 | EMH | Reviewing Proof of Claim files for CPI/CPA claims. Review U.S. District Court docket file re SEC v. LaScola. | 1.50 |
| 01/24/2001 | EMH | Telephone conversation with G. Byerly re CPA claims list. | 0.10 |
| 02/01/2001 | EMH | Telephone call to G. Byerly re CAP Claims list. | 0.10 |
| | EMH | Reviewing CPI/CPA claims filed. | 1.40 |
| 02/05/2001 | EMH | Reviewing fax from G. Byerly re CPA claims. | 0.50 |
| 02/06/2001 | EMH | Reviewing Proofs of Claim re CPI/CPA. Reviewing claims paid by CPA. | 1.00 |
| 02/13/2001 | EMH | Reviewing with A. Rubine re Proofs of claim filed in CPA Claim. | 0.10 |
| 02/20/2001 | EMH | Reviewing with A. Rubine re CPI Claims. Review CPA claims filed. | 1.00 |

CPI Investment Management, Inc.

Federal Court Receivership

| | | | HOURS | |
|---|---|---|---|---|
| 02/21/2001 | | | | |
| | EMH | Telephone conversation with Ivan re claims paid by CPA. | 0.10 | |
| 02/23/2001 | | | | |
| | EMH | Reviewing CPI/CPA claims. Review with A. Rubine re same. | 0.20 | |
| 03/02/2001 | | | | |
| | EMH | Reviewing claims filed re CPI/CPA. Revise Summary of Claims filed with CPA/CPI. | 1.30 | |
| | EMH | Telephone conversation with E. Byerly re claims paid by CPA. | 0.20 | |
| 03/07/2001 | | | | |
| | EMH | Revising Summary of Proofs of Claim. | 0.30 | |
| | | ELVIRA M. HANSON | 13.30 | |
| | | FOR LEGAL SERVICES RENDERED | 313.40 | 78,203.00 |

RECAPITULATION

| ATTORNEY | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| ALLAN M. SHINE | 72.80 | $375.00 | $27,300.00 |
| ALLEN P. RUBINE | 20.80 | 295.00 | 6,136.00 |
| DIANE FINKLE | 78.20 | 325.00 | 25,415.00 |
| JASON GRAMITT | 33.80 | 175.00 | 5,915.00 |
| MELISSA M. HORNE | 0.70 | 270.00 | 189.00 |
| LYNN K. GIFFORD | 24.90 | 180.00 | 4,482.00 |
| JONATHAN E. PINCINCE | 7.80 | 170.00 | 1,326.00 |
| ELIZABETH A. GARANT | 19.90 | 100.00 | 1,990.00 |
| JOYCE GAUTHIER | 2.90 | 100.00 | 290.00 |
| BARBARA J. RAY | 11.40 | 100.00 | 1,140.00 |
| SARA LEVESQUE | 26.90 | 100.00 | 2,690.00 |
| ELVIRA M. HANSON | 13.30 | 100.00 | 1,330.00 |

| | |
|---|---|
| IKON Document Services | 163.17 |
| Long distance telephone charges | 17.67 |
| Photocopies | 582.40 |
| Postage | 27.97 |
| Miscellaneous | 13.64 |
| Telecopier | 3.45 |
| Byrne Bonding & Insurance, LLC | 100.00 |
| Federal Computer Access | 12.64 |
| Legal Research | 136.32 |
| Automated Checking Account Setup Charge (Two Accounts) | 60.00 |

CPI Investment Management, Inc.

December 20, 2005
ACCOUNT NO: 3204-001
1

| | |
|---|---|
| Federal Court Receivership | |
| Photocopies at District Court | 3.00 |
| Clerk, U.S. District Court | 45.00 |
| Copies at Federal Court | 7.50 |
| TOTAL COSTS THROUGH 12/16/2005 | 1,172.76 |
| TOTAL CURRENT CHARGES | 79,375.76 |
| BALANCE DUE | $79,375.76 |