# EXHIBIT C
## Summary of Proposed Distributions

| | |
|---|---|
| Unpaid Creditor/Investor Claims (Subject to this Court's Approval) | $512,821.20 |
| Receiver's Requested Fees and Expenses (Subject to this Court's Approval) | $ 79,375.76 |
| Estimated Excess funds to Ralph C. McCullough, II, Esq. in his capacity as Chapter 7 Trustee of Todd LaScola (for distribution to creditors of Todd LaScola) | $ 26,273.58 |
| Total | $618,470.54 |