UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SECURITIES & EXCHANGE
COMMISSION, et al.,

Plaintiffs,

v. C.A. No. 98-610T

TODD JOSEPH LASCOLA, CPI
INVESTMENT MANAGEMENT, INC.,
and CPA ADVISORS NETWORK, INC.,

Defendants.

ORDER ACCEPTING RECEIVER'S FIRST AND FINAL REPORT

Having received no objection thereto, the Court hereby accepts the First and Final Report ("the Report") submitted by Alan M. Shine, Court-appointed Receiver of Defendants CPI Investment Management, Inc. ("CPI") and CPA Advisors Network, Inc. ("CPA").

The Court ratifies Mr. Shine's actions as Receiver, as described in the Report, as well as his "Recommendation on Allowance of Claims and Distribution to Creditors", attached as Exhibit A thereto. The Court authorizes Mr. Shine to make the following disbursements of CPI's funds:

1. $512,821.20 to CPI's remaining creditors as payment in full of all outstanding claims, as set forth in Exhibit A of the Report,
2. $79,375.76 to himself as compensation for his services as Receiver and as reimbursement for costs related thereto,

as documented in Exhibit B of the Report, and

3. the remainder (approximately $26,273.58) to Ralph C. McCullough, II, the Chapter 7 Trustee of Defendant Todd Joseph LaScola.

The Court further orders that CPI be dissolved and declares its books, records, and outstanding assets to be abandoned. Finally, effective upon Mr. Shine's completion of the tasks set forth above, the Court discharges him as Receiver of CPI and CPA and cancels any and all bonds he has posted with respect to this matter.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 3/8/06